

# THE ATTORNEY GENERAL
# OF TEXAS

### AUSTIN, TEXAS 78711

**CRAWFORD C. MARTIN**
**ATTORNEY GENERAL**

October 20, 1969

Honorable J. W. Edgar
Commissioner of Education
Texas Education Agency
Austin, Texas   78711

Opinion No. M-497

Re: Construction of Article 2700,
V.C.S., as amended by Acts
61st Leg., R.S., 1969, p.
1785, and Article 2700e-2,
relating to salaries of As-
sistant County Superintendents.

Dear Dr. Edgar:

You have requested our opinion on the following
question:

"Whether Section 2 of Article 2700e-2
enacted in 1967 to be applicable to all
counties within the 212,100 to 212,200
population bracket, still applies, or
whether Article 2700 as amended in 1969
by House Bill 1319 which generally reads
as applicable to all counties having over
100,000 population must be construed as
later legislation in conflict with and
therefore superceding Section 2 of Article
2700e-2."

House Bill 1319, Acts 61st Legislature, Regular Session,
Ch. 595, p. 1785, amends Article 2700, Vernon's Civil Statutes,
the general law relating to the compensation of county super-
intendents and their assistants.  Section 2 of Article 2700 was
amended so as to provide a different salary schedule for assistant
county superintendents in the various counties throughout the
State.  House Bill 1319, being the latest expression of the Legis-
lature, will control over prior legislation prescribing salaries
for assistant county superintendents.

Therefore Section 2 of Article 2700, Vernon's Civil
Statutes, as amended by House Bill 1319, Acts 61st Legislature,
Regular Session, Ch. 595, p. 1785, is the latest expression of

- 2377 -

the Legislature and prescribes the salaries of assistant county superintendents in the various counties of this State. Article 2700e-2, Vernon's Civil Statutes, is a 1967 act providing for salaries of assistant county superintendents in the various counties of the State and has been repealed by the provisions of House Bill 1319 insofar as the provisions of House Bill 1319 conflict with the provisions of Article 2700e-2.

### SUMMARY

House Bill 1319, Acts 61st Legislature, Regular Session, Ch. 595, p. 1785, amending Article 2700, Vernon's Civil Statutes, is the latest expression of the Legislature on salaries to be paid assistant county superintendents and will control over any other previous legislation prescribing said salaries.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by John Reeves
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
George Kelton, Vice-Chairman
Ivan Williams
Fielding Early
David Longoria
Robert Darden

MEADE F. GRIFFIN
Staff Legal Assistant

HAWTHORNE PHILLIPS
Executive Assistant

NOLA WHITE
First Assistant